AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN - 5 2008
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CARLOS ERNESTO MEJIA-MENJIVAR

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1855-JAH

I, CARLOS ERNESTO MEJIA-MENJIVAR, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 5, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer